IDA MARCO, as Ancillary Administratrix of the Estate of HARRY MARCO, Deceased, a Stockholder in the Blue Ridge Corporation, on Behalf of Himself and All Other Stockholders Similarly Situated and on Behalf of Said Blue Ridge Corporation, Appellant, *v.* ARTHUR SACHS et al., Defendants; HARRISON WILLIAMS et al., Respondents, and BLUE RIDGE CORPORATION, Appellant.

Argued November 19, 1945; decided December 6, 1945.

*David M. Palley, Morris Gottlieb* and *Max Tachna* for plain-tiff-appellant.

*Isidor J. Kresel* and *Wm. Peyton Marin* for defendant Blue Ridge Corporation, appellant.

*William Piel, Jr., Emery H. Sykes* and *Henry N. Ess, III,* for respondents.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.